536 U.S. 948
 AGUILAR-PLATA
v.
UNITED STATES.
CARAVEO-PRIETO
v.
UNITED STATES.
FUENTES-PICON
v.
UNITED STATES.
JIMENEZ-HERNANDEZ
v.
UNITED STATES.
MOLINA-MORALES
v.
UNITED STATES.
PADILLA-VELA, AKA PADILLA, AKA VELA-PADILLA
v.
UNITED STATES.
ROMERO-RAMIREZ, AKA ROMERO, AKA SANCHEZ-PEREZ
v.
UNITED STATES.
SANCHEZ-CALDERON, AKA SANCHEZ-RODRIGUEZ
v.
UNITED STATES. and
ZAMUDIO-HINOJOSA
v.
UNITED STATES.
 No. 01-10347.
 Supreme Court of the United States.
 June 24, 2002.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 32 Fed. Appx. 130.